# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CHIDI ANORUO,        ) | |
|                   ) | Case No. 2:12-cv-01190-JCM-GWF |
|           Plaintiff,    ) | |
|                   ) | **ORDER** |
| vs.                   ) | |
|                   ) | Motion to Stay Discovery (#6) |
| ERIK K. SHINSEKI,        ) | |
|                   ) | |
|           Defendant.   ) | |

This matter comes before the Court on Plaintiff Joseph Chidi Anoruo's ("Plaintiff") Motion to Stay Discovery (#6), filed on September 21, 2012. Defendant Erik K. Shinseki ("Defendant") filed a timely Opposition (#11) on October 5, 2012. Plaintiff filed a late Reply (#14) on October 18, 2012.

Plaintiff seeks a stay of discovery in this case pending an appeal of a separate case in which he was also the plaintiff (Case no. 2:11-cv-02070-LRH-CWH, "*Anoruo I*"). The Distrct Court dismissed *Anoruo I* with prejudice on August 23, 2012, *see Anoruo I*, Doc. #22, and Plaintiff filed a Notice of Appeal on September 21, 2012, *see id.*, Doc. #24. As Plaintiff notes, he carries a "heavy burden" of making a "strong showing" that a stay of discovery is warranted in this case. *See Blankenship v. Hearst Corp.*, 519 F.2d 418, 129 (9th Cir. 1975); *Turner Broadcasting, Inc. v. Tracinda Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997).

Plaintiff attempts to make his showing in support of a stay of discovery by asserting a likelihood of success on his *Anoruo I* appeal, and by representing to the Court that Defendant agreed to a consolidation of this case and *Anoruo I* if *Anoruo I* is remanded. The Court finds Plaintiff has not shown that the outcome of the *Anoruo I* appeal will have any bearing on the instant

case.  Furthermore, Defendant denies agreeing at the confidential Early Neutral Evaluation to consolidate *Anoruo I* and this case.  Therefore, the Court finds Plaintiff has not made a strong showing that a stay of discovery is warranted in this case.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Joseph Chidi Anoruo's Motion to Stay Discovery (#6) is **denied.**

DATED this 25th day of October, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge

2