# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CHIDI ANORUO, | |
| Plaintiff, | Case No. 2:12-cv-01190-JCM-GWF |
| vs. | **ORDER** |
| ERIK K. SHINSEKI, | Motion to Strike Sur-reply (#15) |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Strike Sur-reply (#15), filed on October 25, 2012.  Defendant filed a Motion to Dismiss (#4) on September 6, 2012.  Plaintiff filed his Response (#10) to the Motion to Dismiss on September 26, 2012, to which Defendant replied on October 5, 2012 (#12).  Subsequently, Plaintiff filed a Sur-reply (#13) on October 18, 2012.  Although Local Rule 7-2 does not provide for the filing of sur-replies, the Court may grant leave for a party to file a sur-reply.  *See, e.g., Reva Int'l v. Mbraun, Inc.*, 2007 WL 4592216 at *6 n.4 (D. Nevada, December 28, 2007).  Here, however, Plaintiff did not seek leave of the Court to file a sur-reply.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Erk Shinseki's Motion to Strike Sur-reply (#15) is **granted.**  The Clerk of the Court shall strike Plaintiff's Response to Motion to Dismiss (#13).

DATED this 26th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge