# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CHIDI ANORUO,<br><br>        Plaintiff,<br><br>vs.<br><br>ERIK K. SHINSEKI,<br><br>        Defendant. | Case No. 2:12-cv-01190-JCM-GWF<br><br>**ORDER**<br><br>Motion for Scheduling Order (#22) |

This matter comes before the Court on Defendant's Motion for Scheduling Order (#22), filed on November 21, 2012. Defendant represents to the Court that its attempts to hold a Rule 26(f) conference with Plaintiff have been unsuccessful, and argues that a scheduling order is therefore now appropriate. Plaintiff shall have until December 7, 2012 to file a response to the instant Motion (#22). Absent a timely opposition, the Court shall enter a scheduling order for this litigation. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Joseph Anoruo shall have until **December 7, 2012** to respond to Defendant's Motion for Scheduling Order (#22).

DATED this 27th day of November, 2012.

                                                  _____
                                                  GEORGE FOLEY, JR.
                                                  United States Magistrate Judge