# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH CHIDI ANORUO,

        Plaintiff,

vs.

ERIK K. SHINSEKI,

        Defendant.

Case No. 2:12-cv-01190-JCM-GWF

**ORDER**

Motion to Strike Amended Complaint (#41)

This matter comes before the Court on Defendant's Motion to Strike Amended Complaint (#41), filed on February 28, 2013.  On January 15, 2013, the District Judge granted Defendant's Motion (#4), dismissing portions of Plaintiff's original Complaint (#1).  *See Order, Doc. #34.*  The Court advised Plaintiff that if he chooses to amend his Complaint, he may only assert claims that relate to "the non-selection for the Clinical Pharmacy Manager-Oncology position," and that he must first seek leave in accordance with Local Rule 15-1.  *See id.* at 8:21-9:3.  Plaintiff filed an Amended Complaint (#39) on February 12, 2013 without first seeking leave.  Furthermore, Plaintiff re-alleges claims the District Judge dismissed with prejudice in the January 15 Order (#34).  *See Amend. Compl., Doc. #39* at 3-5.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Amended Complaint (#41) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint (#39) is **stricken**.

...

...

...

1    **IT IS FURTHER ORDERED** that in the event Plaintiff elects to seek leave to file an
2 amended complaint, he may do so on or before **March 14, 2013**.
3    DATED this 1st day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge