# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| JOSEPH CHIDI ANORUO, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01190-JCM-GWF |
| vs. | ) **ORDER** |
| ERIK K. SHINSEKI, | ) |
| Defendant. | ) |

This matter is before this Court on the Plaintiff's Motion to Reopen Discovery and Extend Certain Deadlines (#70, #71), filed August 6, 2013; Plaintiff's Amended Motion to Reopen Discovery and Extend Certain Deadlines (#75, #76), filed August 8, 2013. The Court conducted a hearing on August 19, 2013. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motions to Reopen Discovery and Extend Certain Deadlines (#70, #71) and Plaintiff's Amended Motions to Reopen Discovery and Extend Certain Deadlines (#75, #76) are granted, in part. The Court will reopen discovery for a period of sixty (60) days for the limited purpose of allowing Plaintiff to take four depositions, Myra Davis-Austin, Eva Murphy, Maryann Gusakov-Mason and Josephine Tefferi, and for Defendant to respond to Plaintiff's request for admissions, request for production and interrogatories. Plaintiff shall properly notice the depositions, pay the witness fees, obtain a court reporter, and pay the reporting fees required for the taking and transcription of the depositions.

. . .

1   **IT IS FURTHER ORDERED** that the following deadlines shall apply:

2   1.   Last date to complete discovery: **October 18, 2013**

3   2.   Last date to file dispositive motions: **November 18, 2013**

4   3.   Last date to file joint pretrial order: **December 18, 2013**.

5   **IT IS FURTHER ORDERED** that Defendant has until **September 19, 2013** to file written

6   responses to Plaintiff's request for admissions, supplemental interrogatories and supplemental

7   requests for production of documents.

8   DATED this 20th day of August, 2013.

```
                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge
```