# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSEPH CHIDI ANORUO,

    Plaintiff(s),

v.

ERICK K. SHINSEKI,

    Defendant(s).

2:12-CV-1190 JCM (GWF)

## ORDER

Presently before the court is plaintiff's unopposed motion seeking an enlargement of time (Doc. # 86) to file a response to defendant's motion for summary judgment (Doc. # 64). Plaintiff seeks to postpone the deadline beyond the recently-extended discovery period.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion seeking an enlargement of time (Doc. # 86) be, and the same hereby is, GRANTED. Plaintiff shall have up to, and including, October 19, 2013, in which to respond to defendant's motion for summary judgment.

DATED August 28, 2013.

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**