# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH CHIDI ANORUO,

        Plaintiff,

vs.

ERIK K. SHINSEKI,

        Defendant.

Case No. 2:12-cv-01190-JCM-GWF

**ORDER**

        This matter comes before the Court on Defendant's Memorandum of Costs (#95), filed on September 9, 2013.  To date, Plaintiff has not filed any response or opposition to the Memorandum.

        Defendant filed a Motion for Sanctions (#50) on June 17, 2013, representing that Plaintiff failed to appear at his properly noticed deposition.  Finding that Plaintiff did not move for a protective order before he failed to appear, the Court granted the Motion for Sanctions.  *See August 27 Order, Doc. #88* at 4:18-25.  Because Defendant only seeks reimbursement for the court reporter's fee, the Court need not engage in the lodestar analysis for attorneys' fees.  Defendant attached an affidavit and invoice to his Memorandum that indicate the U.S. Attorney's Office for the District of Nevada paid $280.50 in court reporting fees.  Accordingly,

        **IT IS HEREBY ORDERED** that Plaintiff pay the United States Attorney's Office, District of Nevada, $280.50 within 14 days of the date of this Order.

        DATED this 2nd day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge